[No. 38714-6-I.    Division One.    December 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. AMOS
MATORY, JR., *Appellant.*

Appeal from a judgment of the Superior Court for
Skagit County, No. 95-1-00408-2, George E. McIntosh, J.,
entered May 2, 1996. *Affirmed* by unpublished per curiam
opinion.

[No. 39034-1-I.    Division One.    December 1, 1997.]

EVELYN L. RAMSO, ET AL., *Appellants*, v. CARROLL
DENNIS, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 95-2-04365-8, Jeanette R. Burrage, J., entered
June 28, 1996. *Affirmed* by unpublished per curiam
opinion.

[No. 39057-1-I.    Division One.    December 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL
W. COLLINSWORTH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 96-1-00846-6, Larry A. Jordan, J., entered
July 22, 1996. *Affirmed* by unpublished per curiam
opinion. Now published at 90 Wn. App. 546.

[No. 39068-6-I.    Division One.    December 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. BASHIMI
BRISCOE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 95-1-08102-5, Donald D. Haley, J., entered
July 22, 1996. *Affirmed* by unpublished per curiam
opinion.